# IN THE UNITED STATES COURT IN THE WESTERN DISTRICT OF NORTH CAROLINA

CHRISTOPHER SPINDLER
  Petitioner

V.

STATE OF NORTH CAROLINA,
BUNCOMBE COUNTY
DEPT. OF PUBLIC SAFETY
PROBATION AND PAROLE
AGENTS UNDER COLOR OF
  LAW ET AL
    respondant(s)

1:25-cv-00153-MR

Civil case number requested/pending

FILED
ASHEVILLE, NC
MAY 27 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## ACTION NOTICE TO SUE

This pro-se petitioner, Christopher Spindler gives action notice to this court to sue, and seek monetary damages pertaining to a 4th Amendment violation, to wit; PETITIONER WAS illegally and unlawfully subjected to electronic monitoring without a court order.

## STATEMENT OF FACTS

Upon starting probation in Buncombe county North Carolina per interstate compact agreement with Florida, this petitioner was placed on an electronic monitoring device by probation and parole officer Amy Cleary. Upon questioning who had jurisdiction for the monitor, there was never a clear answer as North Carolina claimed it was a Florida condition, and Florida claiming it was a North Carolina condition. After discovering there was not a court order this petitioner removed the illegal monitor from his body and was subsequently charged with tampering of electronic monitoring device.

Where-therefore, petitioner was held with an unreasonable amount of bond, unlawfully detained for 123 days, proceeded to trial, and procured a not guilty verdict.
(Buncombe county superior court case # 22CRS283285)

## IN SUMMARY ARGUMENT

This is a blatantly clear case of a 4th Amendment right violation. This petitioner argued the legality upon placement of the electronic monitor at probation, at arrest, and at pretrial, and finally, after substantial loss of assets and property, was deemed exonorated by the trial court by recieving a not guilty verdict, but not before suffering devastating financial and mental ruin, caused by overzealous public officals that were verbally reprimanded by the trial court Judge.

This petitioner stated over and over again, that there must be a court order to be placed on electronic monitoring (as opined in the N.C. State supreme court in Grady V. STATE III).

After being threatened, charged, arrested, and illegally detained, held with an unreasonable amount of bond/bail, ($100,000.00 which is an 8th Amendment violation in itself.), This manifest injustice was tried in a court of law, and the trial court sided with this petitioner.

This redress has undisputed merit.
This petitioner has submitted several same styled motion, petitions, filings and notices to the Buncombe county circuit court, but were never entered into the record.

# REMEDY AND RELIEF SOUGHT

This petitioner is now asking this honorable court to take jurisdiction and assign a case number and filing this motion into the record.

This petitioner is also seeking monetary compensation for actual damages incurred by loss of employment, income, housing & property, for the amount of thirty thousand dollars ($30,000.00 USD)

Furthermore, this petitioner is also seeking punitive damages for mental anguish and distress for the sum of two million dollars ($2,000,000.00 USD) This petitioner seeks to proceed in forma pauperis and any further forms needed to be submitted should be sent the the given address,

# CERTIFICATE OF OATH

I CHRISTOPHER SPINDLER do swear under pain and penalty of perjury that the statements in this document are true and factual, signed and dated this day _May 22_ 20_25_

/s/ Christopher Spindler

CHRISTOPHER SPINDLER DC# 157219
GULF CORRECTIONAL INSTITUTION
500 IKE STEELE RD
WEWAHITCHKA FL. 32465

# CERTIFICATE OF SERVICE

THIS CERTIFIES that this document was placed into an U.S. approved mail box and mailed to this court to the following address _U.S. Courthouse 100 Otis Street Room 309 Asheville N.C. 28801_

on this day of _____ 20_25_

/s/ Christopher Spindler

CHRISTOPHER SPINDLER
DC# 157219
GULF CORRECTIONAL INSTITUTION
500 IKE STEELE RD
WEWAHITCHKA FL.
32465